UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES FOR THE USE AND ) <br> BENEFIT OF NINETEENTH CENTURY ) <br> RESTORATION, LLC, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> THE RENEW GROUP, INC., et al., ) <br> ) <br> Defendants. ) | Case No. 4:11CV01974 AGF |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the parties' joint motion to transfer venue of this case to the United States District Court for the District of Kansas. This lawsuit relates to a construction contract dispute between Nineteenth Century Restorations, LLC ("NCR") and The Renew Group, Inc. ("Renew") and its surety, Allegheny Casualty Company, regarding a construction project in Macon, Missouri.

Title 28 U.S.C. § 1404(a) provides that, "[f]or the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). Some of the factors that a court considers in ruling on a motion for transfer include the convenience of the parties, the convenience of the witnesses, and the accessibility to records and documents. *Terra Intl., Inc. v. Miss. Chem. Corp.*, 119 F.3d 688, 696 (8th Cir. 1997).

The parties assert that this action could have been brought in the District of Kansas and that that is an appropriate venue because both NCR and Renew's principal places of business are located within that judicial district. In addition, many of the documents and witnesses in this action are located in Kansas, making the District of Kansas a more convenient venue for the parties and witnesses.

Upon review of the record,

**IT IS HEREBY ORDERED** that the parties' joint motion to transfer venue to the the United States District Court for the District of Kansas is **GRANTED**. (Doc. No. 10.)

**IT IS FURTHER ORDERED** that the Clerk of Court shall take all necessary steps to transfer this case to the United States District Court for the District of Kansas.

Dated this 7th day of February, 2012.

                                                    _/s/ Audrey G. Fleissig_
                                                  AUDREY G. FLEISSIG
                                                  UNITED STATES DISTRICT JUDGE